UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*,<br><br>               *Plaintiffs,*<br><br>    v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW*,*<br><br>               *Defendant*. | Civil Action No. 23-cv-1952 (RC) |

**CONSENT MOTION FOR EXTENSION OF TIME TO
FILE MOTION FOR SUMMARY JUDGMENT**

       Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant, by and through undersigned counsel, moves the Court for an extension of approximately 30 days, to and including, June 20, 2024, to file its motion for summary judgment and for an adjustment to the remaining deadlines in the briefing schedule established in this Court's minute order dated March 14, 2024.   As grounds for the requested extension, Defendant states as follows.

       1.      This action was filed on July 6, 2023, and involves a Freedom of Information Act ("FOIA") request directed to the Executive Office for Immigration Review ("EOIR").   By letter dated August 9, 2023, EOIR provided a final response to the request.

       2.      As stated in the last status report, the parties have reached an impasse on the issue of the adequacy of EOIR's search for responsive records and in that status report proposed a briefing schedule whereby Defendant would move for summary judgment by May 21, 2024; Plaintiffs would file their opposition and cross-motion on June 20, 2024; Defendant would file

its reply and opposition on July 18, 2024; and Plaintiffs would file their reply on August 2, 2024. The Court adopted that schedule by order dated March 14, 2024.

3. Defendant moves to extend its deadline to file its motion for summary judgment by approximately 30 days, to June 20, 2024, and for a corresponding adjustment of the remaining deadlines in the briefing schedule as follows:

| | |
|---|---|
| Plaintiffs' opposition and cross-motion for summary judgment: | July 23, 2024 |
| Defendant's reply and opposition to Plaintiffs' cross-motion for summary judgment: | August 23, 2024 |
| Plaintiffs' reply in support of cross-motion: | September 10, 2024 |

4. There is good cause for the requested extension as additional time is needed to prepare the summary judgment motion, including the declaration in support of the motion which the agency needs additional time to complete. Undersigned counsel for Defendant was limited in his ability to confer with the agency on the draft supporting declaration due to other commitments in undersigned counsel's schedule, including an oral argument on May 16, 2024 in an appeal before the D.C. Circuit. For that reason, among others, additional time is needed to complete the supporting declaration for the motion for summary judgment, for that declaration to be reviewed and finalized, and for a motion for summary judgment to be prepared. The requested extension also takes into consideration other commitments in undersigned counsel's schedule during the requested extension period.

5. This is the first request for extension requested by Defendant in this matter. No other court deadlines will be impacted aside from opposition and reply deadlines addressed above.

6.      Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with counsel for Plaintiffs regarding the relief requested in this motion, and counsel for Plaintiffs consents to the requested extension and corresponding adjustment of the other deadlines in the briefing schedule.   A proposed order is attached.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendant
