UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN IMMIGRATION COUNCIL, *et al.*,

    *Plaintiffs,*

  v.

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW*,*

    *Defendant*.

Civil Action No. 23-cv-1952 (RC)

## ORDER

  Upon consideration of Defendant's Consent Motion for Extension of Time to File Motion for Summary Judgment, and the entire record herein, it is this _____ day of May 2024,

  **ORDERED** that Defendant's Motion is **GRANTED**; and it is

  **FURTHER ORDERED** that the schedule set forth in the Court's minute order dated March 14, 2024, is modified as follows: Defendant shall file its motion for summary judgment by June 20, 2024; Plaintiffs shall file their opposition and cross-motion for summary judgment by July 23, 2024; Defendant shall file its reply in support of its motion for summary judgment and opposition to Plaintiffs' cross-motion by August 23, 2024; and Plaintiffs shall file their reply in support of their cross-motion by September 10, 2024.

            **SO ORDERED.**

            _____
            United States District Judge