UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW*, <br><br> Defendant*. | Civil Action No. 23-cv-1952 (RC) |

**PARTIALLY OPPOSED MOTION FOR EXTENSION OF TIME TO
FILE MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant, by and through undersigned counsel, moves the Court for an additional extension of approximately 60 days, to and including, August 23, 2024, to file its motion for summary judgment and for an adjustment to the remaining deadlines in the briefing schedule established in this Court's minute order dated May 19, 2024. As set forth below, Plaintiffs' counsel has stated that he would not oppose a 30-day extension but opposes the requested 60-days. As grounds for the requested extension, Defendant states as follows.

1. This action was filed on July 6, 2023, and involves a Freedom of Information Act ("FOIA") request directed to the Executive Office for Immigration Review ("EOIR"). By letter dated August 9, 2023, EOIR provided a final response to the request.

2. As stated in the March 14, 2024 status report, the parties have reached an impasse on the issue of the adequacy of EOIR's search for responsive records and in that status report proposed a briefing schedule that the Court adopted by order dated March 14, 2024, in which

Defendant's motion for summary judgment would be filed by May 21, 2024.  On May 17, 2024, Defendant moved to adjust the deadlines in that schedule by approximately 30 days and the Court granted that motion by order dated May 19, 2024.  Under the existing schedule, Defendant's deadline to move for summary judgment is June 20, 2024; Plaintiffs' opposition and cross-motion is due July 23, 2024; Defendant's reply and opposition is due August 23, 2024; and Plaintiffs' reply is due September 10, 2024.

    3.    Defendant moves to extend its deadline to file its motion for summary judgment by approximately 60 days, to August 23, 2024, and for a corresponding adjustment of the remaining deadlines in the briefing schedule as follows:

| | |
|---|---|
| Plaintiffs' opposition and cross-motion for summary judgment: | September 25, 2024 |
| Defendant's reply and opposition to Plaintiffs' cross-motion for summary judgment: | October 17, 2024 |
| Plaintiffs' reply in support of cross-motion: | November 4, 2024 |

    4.    There is good cause for the requested extension.  In preparing Defendant's motion for summary judgment and the supporting declaration, an issue was discovered with the supplemental search that had been conducted in connection with the parties' conferral that preceded the setting of a summary judgment briefing schedule (see, e.g., ECF No. 17), and the agency is now planning to re-run the search to ensure that it is complete.  To allow time for the agency to run the search, review any potentially responsive records that are identified, and process any responsive records (if any), Defendant requests an extension of its deadline to move for summary judgment to August 23, 2024. The requested extension takes into consideration the agency's limited resources and commitments in other FOIA matters, and also takes into

2

consideration other commitments in undersigned counsel's schedule during the requested extension period, as well as planned leave the week of August 10, 2024 to August 17, 2024.

5.    This is the second request for extension requested by Defendant in this matter.  No other court deadlines will be impacted aside from cross-motion, opposition and reply deadlines addressed above.

6.    Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with counsel for Plaintiffs regarding the relief requested in this motion, and counsel for Plaintiffs has advised that he would be amenable to a 30-day extension but "is disinclined to agree to a new 60-day extension, particularly when there's uncertainty as to whether this new search will yield any new results."  Although counsel for Defendant understands the frustration of Plaintiffs' counsel with this further extension request, the additional 30 days will not prejudice Plaintiffs but, to the contrary, will allow for a more efficient resolution of this matter by affording the agency the opportunity before summary judgment cross-motions are filed to ensure that its search is complete and that all responsive records identified by that search, if any, can be processed and released if appropriate. It also will help minimize the possibility of Defendant having to request a further adjustment to the schedule.[1]

7.    A proposed order is attached.

---

[1]    However, Defendant notes that, in the event the results of the revised supplemental search are unexpectedly voluminous, then Defendant may need to seek a further adjustment of this schedule even if the 60-day period requested is granted by the Court.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendant