UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*,<br><br>               *Plaintiffs,*<br><br>    v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW*,*<br><br>               *Defendant*. | Civil Action No. 23-cv-1952 (RC) |

## ORDER

Upon consideration of Defendant's Partially Opposed Motion for Extension of Time to File Motion for Summary Judgment, any opposition thereto, and the entire record herein, it is this _____ day of June 2024,

**ORDERED** that Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the schedule set forth in the Court's minute order dated May 19, 2024, is modified as follows: Defendant shall file its motion for summary judgment by August 23, 2024; Plaintiffs shall file their opposition and cross-motion for summary judgment by September 25, 2024; Defendant shall file its reply in support of its motion for summary judgment and opposition to Plaintiffs' cross-motion by October 17, 2024; and Plaintiffs shall file their reply in support of their cross-motion by November 4, 2024.

                                                 **SO ORDERED.**

                                                 _____
                                                 United States District Judge