IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL & CAPITAL AREA IMMIGRANTS' RIGHTS COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>Defendant. | Civil Action No. 1:23-cv-01952 |

## PRAECIPE REGARDING COUNSEL'S CHANGE OF ADDRESS

In accordance with LCvR 83.15(c), counsel hereby provides notice that the address of Christopher ("Chris") Opila at American Immigration Council in this matter has been changed to the following:

American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036

Counsel's email and phone number remain 202-507-7699 and copila@immcouncil.org.

Dated: July 11, 2024

Respectfully submitted,

_____/s/_____
Christopher ("Chris") Opila (NY0576)**
American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036
Phone: (202) 507-7699
Email: copila@immcouncil.org

**Admitted to the New York and New Mexico Bars and applicant for admission to the District of Columbia Bar. Practice in the District of Columbia limited to federal courts and agencies.*