IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL & CAPITAL AREA IMMIGRANTS' RIGHTS COALITION,<br><br>    Plaintiffs,<br><br>    v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>    Defendant. | Civil Action No. 1:23-cv-01952 |

**PRAECIPE REGARDING COUNSEL'S CHANGE OF ADDRESS**

    In accordance with LCvR 83.15(c), counsel hereby provides notice that the address of Raul A. Pinto at American Immigration Council in this matter has been changed to the following:

    American Immigration Council
    PMB2026
    2001 L Street N.W., Suite 500
    Washington, DC 20036

    Counsel's email, rpinto@immcouncil.org, and telephone number (202) 507-7549, remain unchanged.

Dated: July 11, 2024

                                                                           Respectfully submitted,

                                                                           /s/          Raul A. Pinto
                                                                           Raul A. Pinto
                                                                           DC Bar No. 90013180
                                                                           American Immigration Council
                                                                           PMB2026
                                                                           2001 L Street N.W., Suite 500
                                                                           Washington, DC 20036
                                                                           Phone: (202) 507-7549
                                                                           Email: rpinto@immcouncil.org