UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW*,* <br><br> *Defendant*. | Civil Action No. 23-cv-1952 (RC) |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, the Executive Office for Immigration Review, by and through undersigned counsel, hereby submits this Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. Accompanying this motion is a memorandum of points and authorities, a supporting declaration, a statement of material facts not in dispute, and a proposed order. Defendant respectfully requests that the Court grant the motion for the reasons described in the accompanying memorandum.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.,
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Counsel for United States of America*