UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW*,*<br><br>*Defendant*. | Civil Action No. 23-cv-1952 (RC) |

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment, any opposition thereto, and the entire record herein, it is this _____ day of _____ 2024,

**ORDERED** that Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that summary judgment is granted to Defendant and this action is dismissed with prejudice.

**SO ORDERED.**

_____
United States District Judge