UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL & CAPITAL AREA IMMIGRANTS' RIGHTS COALITION,<br><br>    Plaintiffs,<br><br>    v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>    Defendant. | Civil Action No. 1:23-cv-1952-RC |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, American Immigration Council and Capital Area Immigrants' Rights Coalition, hereby submit this Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. Accompanying this motion is a memorandum of points and authorities, a statement of material facts not in dispute, five supporting declarations with fifteen exhibits, and a proposed order. Plaintiffs respectfully request that the Court grant the motion for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

By: /s/ Chris Opila
Christopher ("Chris") Opila (NY0576)*
American Immigration Council
2001 L Street N.W., Suite 500, PMB2026
Washington, DC 20036
202-507-7699 | copila@immcouncil.org

Raul Pinto
D.C. Bar No. 90013180
American Immigration Council
2001 L Street N.W., Suite 500, PMB2026
Washington, DC 20036
(202) 507-7549 | rpinto@immcouncil.org

*Application for admission to D.C. Bar pending