# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL & CAPITAL AREA IMMIGRANTS' RIGHTS COALITION<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>Defendant. | Civil Action No. 1:23-CV-1952 |

## DECLARATION OF JASON DZUBOW

I, Jason Dzubow, do hereby declare based on my personal knowledge:

1. I am an attorney licensed to practice in Maryland and Washington, DC. My business address is 1900 L Street, N.W. – Suite 610, Washington, DC 20036.

2. I am a partner of Dzubow & Pilcher, PLLC, which is devoted exclusively to immigration law. I have been licensed to practice law since 1997.

3. I regularly represent individuals in removal proceedings before the Executive Office for Immigration Review (EOIR).

4. Preparing briefing and evidence for an individual hearing in one case takes approximately 15 to 30 hours, depending on the type of case and its complexity. This preparation includes identifying and enlisting experts, obtaining declarations from witnesses, securing police reports and/or criminal records, multiple interviews with my client to prepare their affidavit, legal research, and updating briefs and country conditions.

1

5. On September 27, 2022, EOIR *sua sponte* moved up the date of an individual hearing in one of my asylum cases in Sterling, VA. The case was originally set for March 18, 2024, and it was moved to December 6, 2022.

6. The court notified me, as attorney of record, via written order.

7. The advancement left me with only about 40 days to gather, prepare, and submit briefing and evidence for the hearing.

8. This advancement was not an isolated occurrence: EOIR *sua sponte* advanced somewhere between 15 and 20 of my cases in Sterling, Annandale, Hyattsville, Baltimore, and other immigration courts on short notice in late 2022 and early 2023.

9. For most of these advancements, EOIR did not send any notice at all; it just rescheduled the cases for an earlier date in its online case portal. I discovered the changed dates when scrolling month-by-month through the portal to see whether any new cases had been added to my calendar. Given that I have many cases listed on the portal, it has often been difficult to see whether a new case has been added. (I have had to compare each day on my personal calendar to each day on the portal calendar to look for differences).

10. If I had only one case, such schedule changes would be manageable. However, like most immigration lawyers, I have many cases. When EOIR reschedules multiple cases on short notice and without contacting me in advance, it becomes very difficult and stressful to manage my time, caseload, and schedule, do my best work for my clients, and ensure that they receive due process of law. In the aforementioned Sterling case (and for other cases as well), I had to set aside other client work and lose time with my family in order to prepare cases on time.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of May, 2024 at Washington, DC.

_____
Jason Dzubow