IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL & CAPITAL AREA IMMIGRANTS' RIGHTS COALITION<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>Defendant. | Civil Action No. 1:23-CV-1952 |

**DECLARATION OF EILEEN BLESSINGER IN PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Eileen Blessinger, do hereby declare based on my personal knowledge:

1. I am an attorney licensed to practice in Virginia, Maryland, New York, New Jersey, and the District of Columba and the founder and owner of Blessinger Legal PLLC. My business address is c/o Blessinger Legal PLLC, 7389 Lee Highway, Suite 320, Falls Church, Virginia 22042.

2. I have reviewed Exhibit A attached to the Declaration of Kelly White in Plaintiffs' Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment. The eCas Calendar visuals therein are true and correct copies of my October 2022 eCas Calender in Defendant's Case Portal system.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of June, 2024 at Falls Church, Fairfax County, Virginia.

                                                                                                                               Eileen P. Blessinger