# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL & CAPITAL AREA IMMIGRANTS' RIGHTS COALITION,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>　　Defendant. | Civil Action No. 1:23-cv-1952-RC |

## ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Upon consideration of Plaintiffs' Motion for Summary Judgement, any opposition thereto, and the entire record herein, the Court hereby orders on this _____ day of _____ 202__ that Plaintiff's Motion is **GRANTED**. It is **FUTHER ORDERED** that summary judgment is granted to Plaintiffs on the unreasonableness of Defendant's searches to date.

**SO ORDERED.**

_____
Rudolph Contreras
U.S. District Judge for the District of Columbia