UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW*,*<br><br>*Defendant*. | Civil Action No. 23-cv-1952 (RC) |

**CONSENT MOTION FOR EXTENSION OF TIME TO
FILE COMBINED REPLY AND OPPOSITION**

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b)(1), Defendant, by and through undersigned counsel, moves the Court for a four-day extension, to and including, September 27, 2024, to file its combined reply in support of its pending motion for summary judgment and opposition to Plaintiffs' cross-motion for summary judgment. As grounds for the requested extension, Defendant states as follows.

1. By order dated June 20, 2024, and following an extension motion, the Court set a revised schedule for the briefing of summary judgment motions in this FOIA matter. Pursuant to that schedule, Defendant filed its motion for summary judgment on July 22, 2024, and Plaintiffs' filed a partial opposition and cross-motion for summary judgment on August 22, 2024. Under that schedule, Defendant's combined reply and opposition is due September 23, 2024, and Plaintiffs' reply is due October 10, 2024. Defendant requests a four-day adjustment to its deadline. There is good cause for the requested extension.

2.  Undersigned counsel for Defendant has numerous existing filing deadlines and other case commitments that have limited his ability to prepare a combined opposition to Plaintiffs' cross-motion for summary judgment and reply in support of Defendant's motion, including a motion to dismiss filed in another matter on September 19, 2024.  Accordingly, to allow time for undersigned counsel to complete preparation of Defendant's filing and have that filing undergo applicable review before it is finalized for filing, Defendant requests an extension to September 27, 2024, to file its combined reply in support of its motion for summary judgment and opposition to Plaintiffs' cross-motion.   As part of the conferral on this motion with counsel for Plaintiffs, and accounting for the federal holiday on October 14, 2024, Defendant also requests that the Court extend Plaintiffs' reply deadline from October 10, 2024 to October 16, 2024.

3.  Pursuant to Local Rule 7(m), undersigned counsel for Defendant has conferred by email with counsel for Plaintiffs as to the relief requested in this motion.   Counsel for Plaintiffs has advised that Plaintiffs consent to the extension request and the requested adjustment to Plaintiffs' reply deadline.

4.  This is the second request for extension by Defendant with respect to the summary judgment briefing schedule and first request with respect to the deadline to file its combined reply and opposition.

5.  A proposed order is attached.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Attorneys for the United States of America*