UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>*Defendant*. | Civil Action No. 23-cv-1952 (RC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's consent motion for extension of time to file combined opposition and reply, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have to, and including, September 27, 2024, to file its combined reply in support of its pending motion for summary judgment and opposition to Plaintiffs' cross-motion for summary judgment; and it is further

ORDERED that Plaintiffs' deadline to file a reply in support of Plaintiffs' cross-motion for summary judgment is extended to October 16, 2024.

SO ORDERED:


_____                                          _____
Dated                                                                                   United States District Judge