# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*, | |
| Plaintiffs, | Civil Action No.:  23-1952 (RC) |
| v. | Re Document Nos.:  25, 26 |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | |
| Defendant. | |

## ORDER

### GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, the Executive Office for Immigration Review's ("EOIR") Motion for Summary Judgment (ECF No. 25) is **GRANTED IN PART** as to the adequacy of its search for responsive records within the Office of the Chief Immigration Judge ("OCIJ"), application of Exemption 6, and satisfaction of its segregability requirements and **DENIED IN PART** as to the adequacy of its search for responsive records held by Assistant Chief Immigration Judges, as well as within those Judges' shared drives; and it is

**FURTHER ORDERED** that Plaintiffs' Motion for Summary Judgment (ECF No. 26) is **GRANTED IN PART AND DENIED IN PART** with the same disposition of these issues; and it is

**FURTHER ORDERED** that EOIR shall conduct a supplemental search of record repositories outside of OCIJ that may contain records responsive to items 1.a. through 1.d. of Plaintiffs' FOIA request.

**SO ORDERED**.

Dated: February 14, 2025                                        RUDOLPH CONTRERAS
                                                                United States District Judge