UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*,<br><br>        *Plaintiffs,*<br><br>    v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>        *Defendant*. | Civil Action No. 23-cv-1952 (RC) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated April 23, 2025, the Plaintiffs, American Immigration Council and Capital Area Immigrants' Rights Coalition ("Plaintiffs"), and the Defendant, Executive Office for Immigration Review ("EOIR"), by and through undersigned counsel, report to the Court as follows.

1. This action was filed on July 6, 2023, and involves a Freedom of Information Act ("FOIA") request dated October 28, 2022, which is attached as Exhibit A to the Complaint.

2. After the filing of cross-motions for summary judgment, on February 14, 2025, the Court issued a memorandum opinion (ECF No. 34) and order (ECF No. 33), granting in part and denying in part EOIR's motion for summary judgment and granting in part and denying in part Plaintiff's motion for summary judgment. In conjunction with that decision, EOIR was directed by the Court to conduct a supplemental search of "'systems' outside [the Office of Chief Immigration Judge] 'that are likely to turn up the information requested,' . . . including all

[Assistant Chief Immigration Judge] email accounts and shared drives where immigration courts would likely store standing orders." Mem. Op. (ECF No. 34).

3. Since the filing of the last status report, the parties conferred in an attempt to reach an agreement as to whether the parties could agree to reduce the number of remaining courts to be searched and on keywords for the search. Those discussions were not successful and, accordingly, EOIR plans to complete the search directed by the Court in its February 14, 2025, order as EOIR understands that order.

4. EOIR: EOIR anticipates that it can complete that search within the next sixty days and, accordingly, proposes that the parties file a further status report by August 6, 2025. Plaintiffs' proposal below that EOIR complete its search in less than 30 days is not feasible as EOIR still has approximately 25 courts to search and has limited resources to do so given other commitments in other FOIA matters. EOIR further states that it is agency attorneys within EOIR's FOIA office that conduct a responsiveness review and that office has lost two attorneys since the agency made the 80-hour estimate. Given the increased workload, EOIR states that only one attorney will be able to dedicate some time per 40-hour work week to conducting the search. Moreover, the parties only reached an impasse in their discussions on May 28, 2025, and thus EOIR only recently was in a position to resume its search.

5. Plaintiffs: Plaintiffs propose that the Court order EOIR to complete the search within twenty business days and the parties to file a further status report by July 9, 2025. FOIA requires agencies to "gather and review the documents" responsive to a FOIA request within twenty business days. *Citizens for Resp. & Ethics in Wash. v. FEC*, 711 F.3d 180, 188 (D.C. Cir. 2013); *see also* 5 U.S.C. § 552(a)(6)(i). Completing the remainder of search ordered here "will

require approximately 80 hours of time," ECF No. 35 ¶ 3—a mere fraction of the 10,400 hours[1] that EOIR's 65-person FOIA unit has during the next twenty-business days, *see* U.S. Dep't of Just., Off. of Info. Policy, Department of Justice Annual FOIA Report – FY2024 § IX (Mar. 7, 2025), https://www.justice.gov/oip/media/1392271/dl?inline. EOIR's commitments to unspecified, other FOIA requests that likely postdate Plaintiffs' request do not warrant under-resourcing Plaintiffs' request and further delay in completing the search. Plaintiffs filed their request more two-and-half-years ago and records responsive to it grow staler and lose informational value with each passing day. *See Judicial Watch, Inc. v. U.S. Dep't of Homeland Sec.*, 895 F.3d 770 (D.C. Cir. 2018).

Respectfully submitted,

By: /s/ Chris Opila
Christopher ("Chris") Opila (D.C. Bar # 99029724)
Raul A. Pinto (D.C. Bar # 90013180)
AMERICAN IMMIGRATION COUNCIL
2001 L Street N.W., Suite 500, PMB2026
Washington, DC 20036
202-507-75699 | copila@immcouncil.org

*Counsel for Plaintiffs*

AND

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Jeremy S. Simon
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Counsel for Defendant*

---

[1] Calculations assume an 8-hour workday.