UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW*,*<br><br>*Defendant*. | Civil Action No. 23-cv-1952 (RC) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

  Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiffs, by and through undersigned counsel, move the Court for a three-day extension of the July 7, 2025, deadline for the parties to file a joint status report, as set in this Court's minute order dated June 5, 2025. As grounds for the requested extension, Plaintiffs state the following:

  1. This action was filed on July 6, 2023, and involves a Freedom of Information Act ("FOIA") request dated October 28, 2022, which is attached as Exhibit A to the Complaint.

  2. After the filing of cross-motions for summary judgment, on February 14, 2025, the Court issued a memorandum opinion (ECF No. 34) and order (ECF No. 33), granting in part and denying in part Defendant's motion for summary judgment and granting in part and denying in part Plaintiffs' motion for summary judgment. In conjunction with that decision, Defendant was directed by the Court to conduct a supplemental search of "'systems' outside [the Office of Chief Immigration Judge] 'that are likely to turn up the information requested,' . . . including all

[Assistant Chief Immigration Judge] email accounts and shared drives where immigration courts would likely store standing orders." Mem. Op. (ECF No. 34).

3.  In their last status report, the parties reported that Defendant would be conducting the search directed by the Court because the parties had not reached an agreement as to a reduction in the number of courts to be searched and keywords for the search. ECF No. 36.

4.  On June 5, 2025, the Court ordered the parties to file a joint status report on or before July 7, 2025.

5.  Plaintiffs move for a three-day extension of this deadline to July 10, 2025.

6.  There is good cause for this short extension since the office of Plaintiffs' counsel is closed on July 4, 2025, and July 7, 2025, for Independence Day, and the parties require additional time after the federal holiday to prepare the status report.

7.  Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with counsel for Defendant regarding the relief requested in this motion. Counsel for Defendant consents to the requested extension. A proposed order is attached

Respectfully submitted,

By: __/s/ Chris Opila__
Christopher ("Chris") Opila (D.C. Bar # 99029724)
Raul A. Pinto (D.C. Bar # 90013180)
AMERICAN IMMIGRATION COUNCIL
2001 L Street N.W., Suite 500, PMB2026
Washington, DC 20036
202-507-75699 | copila@immcouncil.org

*Counsel for Plaintiffs*