UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>*Defendant*. | Civil Action No. 23-cv-1952 (RC) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated July 9, 2025, the Plaintiffs, American Immigration Council and Capital Area Immigrants' Rights Coalition ("Plaintiffs"), and the Defendant, Executive Office for Immigration Review ("EOIR"), by and through undersigned counsel, report to the Court as follows.

1. This action was filed on July 6, 2023, and involves a Freedom of Information Act ("FOIA") request dated October 28, 2022, which is attached as Exhibit A to the Complaint.

2. After the filing of cross-motions for summary judgment, on February 14, 2025, the Court issued a memorandum opinion (ECF No. 34) and order (ECF No. 33), granting in part and denying in part EOIR's motion for summary judgment and granting in part and denying in part Plaintiff's motion for summary judgment. In conjunction with that decision, EOIR was directed by the Court to conduct a supplemental search of "'systems' outside [the Office of Chief Immigration Judge] 'that are likely to turn up the information requested,' . . . including all

[Assistant Chief Immigration Judge] email accounts and shared drives where immigration courts would likely store standing orders." Mem. Op. (ECF No. 34).

3. In the June 5, 2025 status report (ECF No. 36), the parties reported that they were unable to reach an agreement to reduce the number of remaining courts to be searched and on keywords for the search. In that report, EOIR stated that it planned to complete the search directed by the Court in its February 14, 2025, order as EOIR understands that order, and that it anticipated that it would take 60 days from the date of that report to be completed.

4. EOIR now reports that it has completed the search and in an email dated July 17, 2025, EOIR advised Plaintiff that no additional responsive documents were located.

5. Plaintiffs have advised that they will not be contesting the adequacy of the supplemental search and that the only issue that remains outstanding is the issue of attorney's fees and costs. Plaintiffs sent a proposal in that regard for EOIR's consideration on August 14, 2025.

6. In light of the above, the parties propose they file a further status report on September 30, 2025.

Respectfully submitted,

By: /s/ Christopher Opila
Christopher ("Chris") Opila (D.C. Bar # 99029724)
Raul A. Pinto (D.C. Bar # 90013180)
AMERICAN IMMIGRATION COUNCIL
2001 L Street N.W., Suite 500, PMB2026
Washington, DC 20036
202-507-75699 | copila@immcouncil.org

*Counsel for Plaintiffs*

AND

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Jeremy S. Simon
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov


*Counsel for Defendant*