UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*,<br><br>        *Plaintiffs,*<br><br>  v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW*,*<br><br>        *Defendant*. | Civil Action No. 23-cv-1952 (RC) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order dated August 14, 2025, Plaintiffs American Immigration Council and Capital Area Immigrants' Rights Coalition and Defendant Executive Office for Immigration Review ("EOIR"), by and through undersigned counsel, report to the Court as follows.

1. This action was filed on July 6, 2023, and involves a Freedom of Information Act ("FOIA") request dated October 28, 2022, which is attached as Exhibit A to the Complaint.

2. On February 14, 2025, the Court issued a memorandum opinion (ECF No. 34) and order (ECF No. 33), granting in part and denying in part EOIR's motion for summary judgment and granting in part and denying in part Plaintiff's motion for the same. Therein, the Court ordered EOIR to conduct a supplemental search. Mem. Op. (ECF No. 34).

3. EOIR completed a supplemental search and advised Plaintiffs over email on July 17, 2025, that the search did not locate additional responsive documents.

4. Plaintiffs decided not to contest the adequacy of the supplemental search, leaving attorneys' fees and costs the only remaining matter of dispute between the parties.

5. Plaintiffs sent EOIR a proposal to settle fees and costs on August 14, 2025.

6. EOIR requires additional time to formulate a position with respect to Plaintiffs' proposal.

7. In light of the above, the parties propose they file a further status report on November 6, 2025.

Respectfully submitted,

By: __/s/ Chris Opila__
Christopher ("Chris") Opila (D.C. Bar # 99029724)
Raul A. Pinto (D.C. Bar # 90013180)
AMERICAN IMMIGRATION COUNCIL
2001 L Street N.W., Suite 500, PMB2026
Washington, DC 20036
202-507-75699 | copila@immcouncil.org

*Counsel for Plaintiffs*

AND

JEANINE FERRIS PIRRO
United States Attorney

By: _____/s/ Jeremy S. Simon_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Counsel for Defendant*