UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW*,*<br><br>*Defendant*. | Civil Action No. 23-cv-1952 (RC) |

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiffs, by and through undersigned counsel, move the Court for a one-week extension of the December 29, 2025, deadline for the parties to file a joint status report to January 5, 2026. As grounds for the requested extension, Plaintiffs state the following:

1. This action was filed on July 6, 2023, and involves a Freedom of Information Act ("FOIA") request dated October 28, 2022, which is attached as Exhibit A to the Complaint.

2. Attorneys' fees and costs are only outstanding matter of dispute between the parties in this case. ECF No. 40 ¶ 4.

3. Plaintiffs sent EOIR a proposal to settle fees and costs on August 14, 2025. *Id.* ¶ 5.

4. On September 30, 2025, the Court ordered the parties to file a "joint status report on or before November 6, 2025." Min. Order.

5.  Funding for various Executive Branch agencies, including the Department of Justice, lapsed at the end of that day, Standing Order No. 25-55, until November 12, 2025.

6.  On October 1, 2025, the Court extended the November 6, 2025, joint status report deadline by "the number of days equal to the length (in days) of the lapse of appropriations plus ten days," *id.*, i.e., by fifty-three (53) days to December 29, 2025.

7.  There is good cause for this short extension since the office of Plaintiffs' counsel is closed from December 29, 2025, through January 1, 2026; Plaintiffs' counsel is on vacation on January 2, 2026; and the parties require additional time after the winter holidays to prepare the status report.

8.  Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with counsel for Defendant regarding the relief requested in this motion. Counsel for Defendant consents to the requested extension. A proposed order is attached

Respectfully submitted,

By: __/s/ Chris Opila_____
Christopher ("Chris") Opila (D.C. Bar # 99029724)
Raul A. Pinto (D.C. Bar # 90013180)
AMERICAN IMMIGRATION COUNCIL
2001 L Street N.W., Suite 500, PMB2026
Washington, DC 20036
202-507-75699 | copila@immcouncil.org

*Counsel for Plaintiffs*