UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW*,*<br><br>*Defendant*. | Civil Action No. 23-cv-1952 (RC) |

# ORDER

Upon consideration of Plaintiffs' Consent Motion for Extension of Time to File Joint Status Report, and the entire record herein, it is this _____ day of December 2025,

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the joint status report deadline set in the Court's minute order dated September 30, 2025, is extended to January 5, 2026.

**SO ORDERED.**

_____
United States District Judge