UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*,<br><br>        Plaintiff,<br><br>    v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>        Defendant. | Civil Action No. 23-1952(RC) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Rashad Hussain and remove the appearance of Assistant United States Attorney Jeremy Simon as counsel for Defendant in the above-captioned case.

Dated: December 22, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  */s/ Rashad Hussain*
      RASHAD HUSSAIN
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-7725
      Rashad.Hussain@usdoj.gov


*Attorney for the United States of America*