UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN IMMIGRATION COUNCIL,
*et al.*,

                *Plaintiffs,*

     v.

EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW*,*

                *Defendant*.

Civil Action No. 23-cv-1952 (RC)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated December 9, 2025, American Immigration Council and Capital Area Immigrants' Rights Coalition and Defendant Executive Office for Immigration Review ("EOIR"), by and through undersigned counsel, report to the Court as follows:

1.     This action was filed on July 6, 2023, and involves a Freedom of Information Act ("FOIA") request dated October 28, 2022, which is attached as Exhibit A to the Complaint.

2.     Attorneys' fees and costs are the only outstanding matter of dispute between the parties in this case. ECF No. 40 ¶ 4.

3.     Plaintiffs sent EOIR a proposal to settle fees and costs on August 14, 2025. *Id.* ¶ 5.

4.     EOIR is still formulating a position with respect to Plaintiffs' proposal and expects to make a counteroffer within approximately the next week.

5.      The parties dispute the propriety of referring their fee and cost dispute to

mediation pursuant to Local Civil Rule 84.4(a).

6.      Plaintiffs believe that mediation is appropriate for resolving the parties' remaining

dispute and ask the Court to order Defendant to show cause for why mediation would not be

appropriate here. *See* LCvR 84.4(a)(2). Excluding days lost to the lapse in appropriations,

Defendant has had one hundred and two days to evaluate Plaintiffs' proposal and has yet to do

so. Without the structure and deadlines of mediation to prompt action, the parties' negotiations

may remain stalled and require Plaintiffs to move the Court to award fees and costs to break the

gridlock. Mediation offers a quicker and less expense way to resolve this dispute. *See* LCvR

84(a).

7.      EOIR does not believe the Court should refer the issue of attorneys' fees and costs

to mediation at this time. Should the Court wish to set a briefing schedule on the issue of

attorneys' fees and costs, EOIR would propose that the Court set the deadline for Plaintiffs'

motion no earlier than 60 days from the date of this report to allow the parties additional time to

try to resolve the issue. The parties can update the Court as to the status of their discussions in

the next status report, and any request for mediation can be made at that time should the parties

agree at that time that mediation would be productive. EOIR proposes that the parties file a status

report in 45 days, or by February 19, 2026.

Respectfully submitted,

By:  /s/ Chris Opila
Christopher ("Chris") Opila (D.C. Bar # 99029724)
Raul A. Pinto (D.C. Bar # 90013180)
AMERICAN IMMIGRATION COUNCIL
2001 L Street N.W., Suite 500, PMB2026
Washington, DC 20036
202-507-75699 | copila@immcouncil.org

2

*Counsel for Plaintiffs*

   AND

JEANINE FERRIS PIRRO
United States Attorney

By: ____/s/ Rashad Hussain_____
RASHAD HUSSAIN, D.C. BAR # 985178
Assistant United States Attorneys
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-7725
Rashad.Hussain@usdoj.gov

*Attorneys for United States of America*