UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*,<br><br>       *Plaintiffs,*<br><br>    v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW*,*<br><br>       *Defendant*. | Civil Action No. 23-cv-1952 (RC) |

**[PLAINTIFFS' PROPOSED] ORDER TO SHOW CAUSE**

Upon consideration of the parties' Joint Status Report, and the entire record herein, it is

on this _____ day of January 2026,

**ORDERED** that Defendant must show cause within fourteen (14) days from the issuance

of this order why mediation would not be appropriate for the parties' fee and cost dispute.

**SO ORDERED.**

_____
United States District Judge