UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>*Defendant*. | Civil Action No. 23-cv-1952 (RC) |

## [DEFENDANT'S PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, and the entire record herein, it is on this _____ day of January 2026,

**ORDERED** that the parties shall file a further status report by February 19, 2026.

**SO ORDERED.**

_____
United States District Judge