# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*, | : : : | | |
| Plaintiffs, | : : | Civil Action No.: | 23-01952 (RC) |
| v. | : : | Re Document No.: | 44 |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | : : : | | |
| Defendant. | : : | | |

## ORDER

### REFERRING CASE TO MAGISTRATE JUDGE FOR MEDIATION

It is hereby **ORDERED** that the above-captioned case is referred to a United States Magistrate Judge for the purpose of mediation. The mediation proceeding shall conclude no later than **April 20, 2026**. The parties are to contact the assigned Magistrate Judge jointly to schedule the mediation. Counsel and parties, including persons with settlement authority, are to participate in the mediation. If the case settles in whole or in part, counsel shall advise the Court of the settlement promptly by filing a stipulation. All filings in this case pertaining to this mediation shall include the initials of the assigned Magistrate Judge in the caption next to the initials of the undersigned judge. *See* D.D.C. Civ. R. 5.1(d).

**SO ORDERED**.

Dated: January 20, 2026                                                                                  RUDOLPH CONTRERAS
                                                                                                                            United States District Judge